

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

RHIANA SWARTZ
*Senior Counsel*
(212) 356-2382
fax: (212) 356-3509
rswartz@law.nyc.gov

**BY HAND DELIVERY**
Richard P. Reyes, Esq.
305 Broadway, 9th Floor
New York, New York 10007
*Attorney for Plaintiff*

Re:   Curtis Sean Dancy v. City of New York, et al.
      15-CV-432 (RJD) (RER)

Mr. Reyes:

On behalf of defendants City of New York, New York City Police Department, Police Officer Adam Dumelle, Police Officer Raymond Williams, and Sergeant Timothy Kornbluth, enclosed please find a copy of defendants' motion to dismiss in the above-referenced action. These papers include the following:

- DEFENDANTS' NOTICE OF MOTION;

- DECLARATION OF RHIANA SWARTZ IN SUPPORT OF DEFENDANTS' MOTION AND ACCOMPANYING EXHIBITS A THROUGH D; and

- DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO DISMISS.

Please be advised that, pursuant to the Order of the Court dated September 25, 2015, plaintiff's opposition papers should be served on the undersigned on or before December 4, 2015.

Thank you for your attention to these motion papers.

Sincerely,

Rhiana Swartz
Senior Counsel
Special Federal Litigation Division

(Enclosures)

ec:   via ECF (cover letter only)
      The Honorable Raymond J. Dearie, U.S.D.J.

      The Honorable Ramon E. Reyes, Jr., U.S.M.J.

cc:   via U.S.Mail (cover letter only)
      Ms. Ellen Mulqueen
      Case Manager to the Hon. Raymond J. Dearie
      United States District Court for the Eastern District of New York
      225 Cadman Plaza West
      Brooklyn, New York 11201